# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 0:14-CV-01009-PJS-JJK

| | |
|---|---|
| Della Johnson,<br><br>       Plaintiff,<br><br>v.<br><br>The Schreiber Law Firm, PLLC,<br><br>       Defendant. | **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the above-entitled matter has been resolved between the parties. The parties have agreed-upon a payment schedule that will extend out through September 2014. As such, Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the filing of a Notice of Dismissal herein.

                                                                Respectfully submitted,

                                                                **BARRY & HELWIG, LLC**

Dated: May 2, 2014                          By:  s/Patrick J. Helwig
                                                                Patrick J. Helwig, Esq.
                                                                Attorney I.D.#0391787
                                                                2701 University Ave. SE, Suite 209
                                                                Minneapolis, Minnesota 55414-3236
                                                                Telephone:  (612) 379-8800
                                                                phelwig@lawpoint.com
                                                                **Attorney for Plaintiff**